## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 11B 12108 |
| William Eugene Crosby and | ) | |
| Carolyn Shine Crosby | ) | Chapter 7 |
| Debtor(s) | ) | |
| | ) | Judge John H. Squires |

To: See Attached Service List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **July 15, 2011,** at the hour of **9:30 A.M.**, or as soon thereafter as counsel may be heard, I shall appear before the honorable John H. Squires in **Courtroom 4016** of the DuPage County Courthouse, 505 N. County Farm Road, Wheaton, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Application to Employ Attorneys**, a copy of which is hereby served upon you. You may appear if you so choose.

> David E. Grochocinski
> Grochocinski, Grochocinski and Lloyd, Ltd.
> 1900 Ravinia Place
> Orland Park IL 60462
> Phone: (708) 226-2700
> Fax: (708) 226-9030
> Email: lawyers@ggl-law.com

## CERTIFICATE OF SERVICE

I, David E. Grochocinski, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed above by electronic notice where indicated or by first class mail by depositing with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this July 6, 2011.

> /s/ David E. Grochocinski
> David E. Grochocinski

**William Eugene Crosby and
Carolyn Shine Crosby
Case No. 11B 12108**

**Service List**

Office of the United States Trustee
Dirksen Federal Court House
219 South Dearborn Street, Suite 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov
Via Electronic Service

John A. Lipinsky (Debtor's counsel)
Coman & Anderson, P. C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532
jlipinsky@comananderson.com
Vial Electronic Service

William Eugene Crosby
Carolyn Shine Crosby
305 North Main Street
Glen Ellyn, IL 60137

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 11B 12108 |
| William Eugene Crosby and | ) | |
| Carolyn Shine Crosby | ) | Chapter 7 |
| Debtor(s) | ) | |
| | ) | Judge John H. Squires |

## TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS

NOW COMES the Trustee, David E. Grochocinski, by and through his attorneys, Grochocinski, Grochocinski & Lloyd, Ltd., and moves this honorable Court for authority to retain counsel, and in support thereof states as follows:

1. Applicant is the duly appointed Trustee in Bankruptcy.

2. Applicant requires the assistance of counsel to represent the Trustee in matters concerning the liquidation of assets of the estate including possible assets in Sangamon partnership, real estate and money in an account, to investigate the financial affairs of the debtors, to examine and resolve claims filed against assets of the estate, and to prepare and prosecute adversary matters and otherwise represent the Trustee in matters before the Court.

3. It is in the best interest of this estate and its economical administration that David E. Grochocinski, David P. Lloyd, Kathleen McGuire, Ariane Holtschlag, and Grochocinski, Grochocinski & Lloyd, Ltd., be authorized to act as attorneys for the estate.

4. The members and associates of Grochocinski, Grochocinski and Lloyd, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this area and have a particular expertise with regard to bankruptcy, corporate reorganization and debtor/creditor matters in cases under the Bankruptcy Code.

5. The normal hourly billing rates of applicant's law firm at the time of this application are

$400.00 per hour for partners (members) and from $275.00 to $310.00 per hour for associates.  It is contemplated that the law firm will seek compensation based upon normal and usual hourly billing rates.  It is further contemplated that said law firm will seek interim compensation as permitted by 11 USC 331.

    6.  Prior to the filing of this motion, the Trustee required that his counsel perform certain routine services, including reviewing schedules, advising him regarding his ability to liquidate certain assets, and preparing the present motion to retain counsel. The Trustee requests that his retention of counsel be made effective June 23, 2011.

WHEREFORE Applicant prays that David E. Grochocinski, David P. Lloyd, Kathleen McGuire, Ariane Holtschlag, and Grochocinski, Grochocinski and Lloyd, Ltd., be authorized to act as attorneys for the estate with compensation for such legal services to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Respectfully submitted,

/s/ David E. Grochocinski
David E. Grochocinski, Trustee

David E. Grochocinski
Grochocinski, Grochocinski and Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462
Phone: (708) 226-2700
Fax:  (708) 226-9030
Email: lawyers@ggl-law.com